

**Kaufman Dolowich & Voluck, LLP**

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

**Jeffery A. Meyer, Esq.**
Email:jmeyer@kdvlaw.com

November 7, 2013

**VIA ELECTRONIC CASE FILING ("ECF")**
Magistrate Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 605N
Brooklyn, New York 11201

      Re: *Kingborn Morris, et al. v. Alle Processing Corp., et al.*;
         <u>08 CV 4874 (E.D.N.Y.) (M.J. Azrack)</u>

Dear Judge Azrack:

  This firm represents Alle Processing Corp. and the named individual defendants (collectively, "Defendants") in the above referenced matter. We are in receipt of the Court's Order of today's date, approving the notice to be distributed to class members and directing that same be mailed within fourteen days (the "Order").

  As previously raised with the Court, we respectfully request that the Court stay its implementation of the Order pending determination of Defendants' Petition for Permission to Appeal, filed with the Second Circuit this past Tuesday, November 5, 2013, and if the Petition is granted, then through the determination of the merits of the appeal.

  The Court's continued courtesies are appreciated.

            Respectfully submitted,
            Kaufman Dolowich & Voluck, LLP

             */s/ Jeffery A. Meyer*
            Jeffery A. Meyer

cc: Lloyd Ambinder, Esq. (*via ECF*)
   LaDonna Lusher, Esq. (*via ECF*)
   Jon Schulyer Brooks, Esq. (*via electronic mail*)
   Alle Processing Corp. (*via electronic mail*)