UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGBORN MORRIS, RAFAEL MATEO, and DARNELL PIERRE, individually and on behalf of all other persons similarly situated who were employed by ALLE PROCESSING CORP., SCHREIBER PROCESSING CORP., ALBERT WEINSTOCK, EDWIN WEINSTOCK, SAM HOLLANDER and MENDEL WEINSTOCK,<br><br>                                                          Plaintiffs,<br><br>-against-<br><br>ALLE PROCESSING CORP., SCHREIBER PROCESSING CORP., ALBERT WEINSTOCK, EDWIN WEINSTOCK, SAM HOLLANDER and MENDEL WEINSTOCK,<br><br>                                                         Defendants. | 08-CV-4874 (JMA)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, the Declaration of Lloyd Ambinder, and the annexed exhibits, the undersigned will move this Court before United States District Court Judge Joan M. Azrack, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on May 30, 2017, for an order (1) approving the settlement as fair, reasonable, and adequate for both Rule 23 Class Members and Authorized Claimants, (2) binding all Rule 23 Class Members who have not timely opted out to the release of the Released Class Claims as set forth in the Agreement, and (3) dismissing the litigation with prejudice.

Dated: New York, New York
       May 23, 2017

                                      VIRGINIA & AMBINDER, LLP

                    By:     _____/s/_____
                          Lloyd Ambinder, Esq.
                          40 Broad Street, 7th Floor
                          New York, New York 10004
                          Tel:   (212) 943-9080

Fax:    (212) 943-9082

*Attorneys for Plaintiffs and Class*

To:

Jeffery A. Meyer, Esq.,
Kaufman, Dolowich, Voluck & Gonzo, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

*Attorneys for Defendants*